IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT B. STEVENS,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    Civ. No. 18-165 |
| NANCY A. BERRYHILL,<br>*Acting Commissioner of Social Security*,<br>    Defendant. | :<br>:<br>:<br>:<br>: |

# O R D E R

**AND NOW**, this 31st day of October, 2018, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 10), Defendant's Response (Doc. No. 13), and Plaintiff's Reply (Doc. No. 16), as well as the administrative record herein (Doc. No. 8), and after careful review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter (Doc. No. 19), to which no objections have been made, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 19) is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review (Doc. No. 10) is **GRANTED**;

3. This mater is **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation (Doc. No. 19); and

4. The **CLERK OF COURT** shall **REMOVE** this matter from the Civil Suspense Docket and **CLOSE** this case.

                                                       **AND IT IS SO ORDERED.**

                                                       */s/ Paul S. Diamond*
                                                       _____
                                                       Paul S. Diamond, J.